UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| [1] THE EMPLOYEE PAINTERS' TRUST, [2] RESILIENT FLOOR COVERING PENSION FUND, [3] WESTERN WASHINGTON FLOOR COVERING APPRENTICESHIP FUND, [4] WESTERN WASHINGTON FLOOR COVERING INDUSTRY PROMOTION FUND, [5] REBOUND TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ETHAN ENTERPRISESINC., a Washington corporation, REBECCA S. JOHNSON, individually, and GREGORY S. TIFT, individually,<br><br>Defendants. | Case No. MS10-45<br><br>**ORDER** |

The Court, after careful consideration of the defendant's motion for protective order and dismissal, the parties' briefs and pleadings on the matter, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, defendant's objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendant's motion for protective order and dismissal (Dkt. 12) is DENIED.

ORDER- 1

(3) Defendant shall appear at the U.S. District Court for the Western District of Washington, 700 Stewart St., Seattle, Washington 98101 on June 14, 2010 at 9:30 a.m. before the Honorable James P. Donohue, Courtroom 12B to answer under oath questions concerning any property in his possession or under his control which should be applied towards satisfaction of the Judgment rendered in this action.

(4) Defendant shall answer the questions as previously ordered by Judge Theiler on February 16, 2010 (Dkt. 2) and bring written responses to the examination.[1]

(5) Plaintiffs may apply for attorney fees if defendant fails to appear for the examination. If the defendant fails to appear, a warrant may issue for his arrest and he shall be obligated to plaintiffs for their attorney fees.

(6) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 17th day of May, 2010.

JOHN C. COUGHENOUR
United States District Judge

---

[1] Defendant objected to Judge Tsuchida's Report and Recommendation on the grounds that the Court did not provide an explanation for ordering him to respond to the plaintiff's questions. The Federal Rules of Civil Procedure do not require a court to provide an explanation for this type of ruling.

ORDER- 2